ENTERED ON DOCKET 10/25/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**    Rio Piedras Explosion Litigation | **CIVIL CASE  96-2443 (CCC)** |
| **JUAN SANCHEZ MERCEDES AND MARIA T. GONZALEZ PIZARRO** | |
| v. | **CIVIL CASE  97-2658(CCC)** |
| **ENRON CORPORATION, ET AL.** | |

## JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3129, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk